**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| RUBEN A. LUNA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:19-cv-11662-LTS |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| v. | ) ) | |
| CARBONITE, INC., MOHAMAD S. ALI and ANTHONY FOLGER, | ) ) ) | |
| Defendants. | ) ) | |
| WILLIAM FENG, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:19-cv-11808-LTS |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| CARBONITE, INC., MOHAMAD S. ALI, and ANTHONY FOLGER, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF LESLIE R. STERN IN SUPPORT OF THE MOTION
OF PEORIA POLICE PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF,
APPROVAL OF ITS SELECTION OF COUNSEL,
<u>AND CONSOLIDATION OF RELATED ACTIONS</u>**

I, Leslie R. Stern, declare as follows:

1.      I am a member in good standing of the bar of the Commonwealth of Massachusetts and of this Court. I am a Partner of the law firm of Berman Tabacco. I submit this declaration in support of the Motion filed by Peoria Police Pension Fund ("Peoria") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel and Berman Tabacco to serve as Liaison Counsel for the proposed Class; (3) consolidation of all related securities class actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

> EXHIBIT A:   Certification of Peoria;
>
> EXHIBIT B:   Notice of pendency of *Luna v. Carbonite*, *Inc.*, 19-cv-11662 (D. Mass.) published on August 1, 2019;
>
> EXHIBIT C:   Chart reflecting financial interest of Peoria;
>
> EXHIBIT D:   Firm Resume of BFA; and
>
> EXHIBIT E:   Firm Resume of Berman Tabacco.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of September 2019.

*/s/ Leslie R. Stern*
Leslie R. Stern

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2019, I authorized the electronic fling of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.

Executed on September 30, 2019.

*/s/ Leslie R. Stern*
Leslie R. Stern